UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA VEGA DE VALLEJO,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 5:16-cv-07351-EJD<br><br>**ORDER TO SHOW CAUSE** |

On January 3, 2017, Defendant Wells Fargo Bank, N.A. filed a motion to dismiss to which Plaintiff's response was due by January 17, 2017. Dkt. No. 7. As of the date and time this order was filed, however, the court has not received a response to the motion.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **July 3, 2017**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff should note that, under these circumstances, the court will not find cause sufficient to discharge this order unless her response is accompanied by an opposition to the motion to dismiss.

No hearing will be held on the order to show cause unless otherwise ordered by the court. The motion hearing scheduled for June 29, 2017, is VACATED.

**IT IS SO ORDERED.**

Dated: June 26, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-07351-EJD
ORDER TO SHOW CAUSE

1